# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 16-10022
Summary Calendar

United States Court of Appeals
Fifth Circuit
**FILED**
October 5, 2016
Lyle W. Cayce
Clerk

DELORIS PHILLIPS,

    Plaintiff - Appellant

v.

DALLAS COUNTY COLLEGE COMMUNITY DISTRICT, (D.C.C.C.D.); MOUNTAIN VIEW COLLEGE, (D.C.C.C.D.); EL CENTRO COLLEGE, (D.C.C.C.D.); DALLAS COUNTY COMMUNITY COLLEGE DISTRICT BLACKBOARD; UNIVERSITY OF NORTH TEXAS, at Dallas, also known as UNT System; UNIVERSITY OF NORTH TEXAS, at Denton, also known as UNT System; UNIVERSITY OF NORTH TEXAS SYSTEM, also known as UNT System; UNIVERSITY OF NORTH TEXAS BLACKBOARD, also known as UNT System; UNIVERSITY OF TEXAS, at Arlington, also known as UT System; UNIVERSITY OF TEXAS SYSTEM, also known as UT System,

    Defendants - Appellees

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:15-CV-3933

Before JONES, WIENER, and CLEMENT, Circuit Judges.

PER CURIAM:*

AFFIRMED. See Rule 47.6.

    IT IS FURTHER ORDERED that plaintiff-appellant pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.